# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JEFFREY TILLMAN, | : | No. 53 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 596 MD |
| | : | 2015 dated March 31, 2016, exited April |
| v. | : | 1, 2016. |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS AND COURT OF | : | |
| COMMON PLEAS OF LEHIGH COUNTY, | : | |
| PENNSYLVANIA, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                        **DECIDED:  January 19, 2017**

   **AND NOW,** this 19th day of January, 2017, the order of the Commonwealth Court

is hereby **AFFIRMED**.